UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

In Re:

    ELSAYED H. WALY and
    WAFAA A. ELSAYED,
                       Debtors.

UNCLAIMED FUNDS
PURSUANT TO RULE 3010(a)
AND 11 U.S.C. § 347(a)
Chapter 7
Case No. 08-13737

-----------------------------------------------------------------

**TRUSTEE REPORT OF UNCLAIMED FUNDS PURSUANT TO RULE 3010(a)**

TO:   HON. ROBERT E. LITTLEFIELD, JR., Chief United States Bankruptcy Judge

      GREGORY G. HARRIS, CHAPTER 7 TRUSTEE of the estate of the above-named Debtor, as a supplemental report and accounting, respectfully reports:

      The proposed payment to creditors under $5.00 on claims is being paid to the U.S. Bankruptcy Court as unclaimed funds, as listed below:

1.   County Waste                                    Proposed payment: $4.17
     PO Box 431
     Clifton Park, NY   12065
     (Claim No.  14 - $120.02)

      The Trustee submits check numbered 1020 in the total amount of $4.17 payable to the Clerk of the United States Bankruptcy Court representing the unclaimed funds.

Dated:  September 7, 2010

                                            /s/ Gregory G. Harris
                                        GREGORY G. HARRIS, CHAPTER 7 TRUSTEE
                                        The Patroon Building
                                        Five Clinton Square
                                        Albany, New York   12207
                                        (518) 436-1661

**GREGORY G. HARRIS, ESQ.**
**CHAPTER 7 BANKRUPTCY TRUSTEE**
THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY, NEW YORK 12207

GREGORY G. HARRIS

MICHAEL C. CONWAY
RYAN T. DONOVAN

(518) 436-1661
(518) 432-1996 FAX
E-MAIL: GGHARRIS@CAPITALREGIONLAW.COM
SERVICE BY FAX NOT ACCEPTED

September 7, 2010

Clerk's Office
U. S. Bankruptcy Court
James T. Foley U.S. Courthouse - Third Floor
445 Broadway
Albany, New York   12207

Re:   **Small Claim Funds**
      **Elsayed H. Waly, Chapter 7, Case No.  08-13737**

Dear Clerk:

Please find enclosed Trustee check number 1020 in the amount of $4.17 in the above-referenced matter, representing small dividend paid to the Court pursuant to Rule 3010(a).  I also enclose § 347 Unclaimed Funds form pursuant to Rule.

Please advise if you need anything further.

Very truly yours,

GREGORY G. HARRIS
CHAPTER 7 TRUSTEE

By: Gregory G. Harris

GGH/ssh
Enclosures